No. 82–1023.   CALLAHAN ET AL. *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 82–1373.   MILLER *v.* PITTSTON STEVEDORING CORP. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–1384.   ALCAN SALES, DIVISION OF ALCAN ALUMINUM CORP. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 82–1395.   DRURY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 82–1403.   INTERNATIONAL FASHIONS *v.* BUCHANAN ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 82–1437.   HOMEWOOD CITY BOARD OF EDUCATION ET AL. *v.* AVERY.   C. A. 11th Cir.   Certiorari denied.

No. 82–1515.   BUCKS COUNTY WATER AND SEWER AUTHORITY *v.* DELAWARE RIVER BASIN COMMISSION ET AL. C. A. 3d Cir.   Certiorari denied.

No. 82–1532.   ALYESKA PIPELINE SERVICE CO. ET AL. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 82–1545.   KAISER *v.* CONSOLIDATED RAIL CORPORATION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–1590.   STITH *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 82–1598.   VAUGHAN *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.